AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>LORING E. PROCTOR, JR.<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  16-6013-PMH<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 1 - June 30, 2015__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Knowing distribution of any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, if (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew J. Fowler, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/14/2016

_____
*Judge's signature*

City and state:  Ft. Lauderdale, Florida   Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew J. Fowler, being duly sworn, depose and states as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2009. I am currently assigned to the Miami Field Office Innocent Images National Initiative, which targets individuals involved in the on-line sexual exploitation of children. In my capacity as a special agent with the FBI, I investigate criminal violations relating to child pornography, including violations pertaining to the illegal production, transportation, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application for and execution of arrest and search warrants. I have conducted and assisted in child exploitation investigations and have executed search warrants that have led to seizures of child pornography. Prior to working as a Special Agent with the FBI, I was a police officer in the State of Missouri from 2003 to 2009. During this time, I worked in a unit that investigated crimes involving the sexual exploitation of minors over the internet.

2.      I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein. I have personally participated in the investigation, and because of my personal participation in this investigation and reports made to me by members of the participating law enforcement agencies, I am familiar with the facts and circumstances of this investigation. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation. I have observed

and reviewed examples of child pornography. I also have assisted in several child pornography and child exploitation investigations, which have involved reviewing examples in all forms of media, including computer media, and have discussed and reviewed these materials with other law enforcement officers.

3. This affidavit is submitted in support of a Criminal Complaint charging Loring E. PROCTOR, Jr. hereinafter referred to as PROCTOR, with knowing distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

4. The statements contained in this affidavit are based upon my investigation, information provided by other sworn law enforcement officers and other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training as a Special Agent with FBI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

## SUMMARY OF INVESTIGATION

5. On May 27, 2015, the South Florida Internet Crimes Against Children (ICAC) Task Force located in Broward County, Florida received Cybertip # 4709352 from the National Center for Missing and Exploited Children (NCMEC) regarding email account "johnnyd1885@yahoo.com." Cybertips are investigative leads generated by NCMEC. NCMEC is a non-profit organization that acts as an information clearinghouse and resource for parents, children, law enforcement agencies, schools and communities to assist in locating missing children and to raise public awareness about ways to prevent child abduction, child sexual abuse and child pornography. Pursuant to its mission and congressional authorization, NCMEC

operates the Cyber Tipline and Child Victim Identification Programs to assist law enforcement in identifying victims of child pornography and child sexual exploitation.

6. Cybertip # 4709352 reported that ~~the following~~ five (5) images depicting suspected child pornography associated with account/subscriber johnnyd1885@yahoo.com had been located on the internet. Law enforcement reviewed the images contained in the Cybertip and found that the following two images associated with johnnyd1885@yahoo.com depicted child pornography.

- Image "1074122.jpg" was uploaded to Yahoo! servers on 01-17-2015 at 12:00 PST from IP (Internet Protocol) address 24.127.222.159. The image depicts a nude prepubescent female who is bent over. The child's buttocks, anus and vaginal area are the focal point of the image. Further investigation revealed that IP 24.127.222.159 was associated with the Fort Lauderdale area and was owned by Comcast Communications Incorporated.

- Image "4V55OZ.jpg" was uploaded to Yahoo! servers on November 24, 2014 from IP address 70.209.3.190 at 15:40hrs. PST. This color image depicts a nude prepubescent female's vaginal area. Further investigation revealed that IP 70.209.3.190 is associated with the Broward County, Florida area and is owned by Verizon Wireless.

7. On May 27, 2015, the South Florida ICAC Task Force received another Cybertip. Cybertip #2357478 was made by an anonymous person and reported that, on or about February 28, 2014, at 07:19 UTC, account/subscriber "johnnyd1885@yahoo.com" was in a chat room called 'Teen Chat. The Cybertip report stated:

> "This old guy who says his name is Jim was sexual and rude to me. He says he is 42 which is way out of bounds in a teen chat room, and works as a big rig driver for CRST in Florida. He said his email is johnnyd1885@yahoo.com."

8. In June 2015, law enforcement obtained a state search warrant for the Yahoo! account johnnyd1885@yahoo.com. Yahoo! complied with the warrant and provided the contents of Yahoo! account johnnyd1885@yahoo.com. Analysis of the information provided in response to the warrant revealed that the user of johnnyd1885@yahoo.com exchanged over two

hundred emails with a separate unidentified user known as "the_don_9927@yahoo.com" between the months of January and May 2015. Many of the emails contained communications discussing the trading of child pornography and the sexual exploitation of children, and in many of the communications, images of child pornography were traded between the accounts. These included images of naked female children between the approximate ages of 4 and 6, many displaying their genitals, performing oral sex on adult men and/or digitally penetrating their own vaginas. At least one image depicted the erect penis of an adult male touching a child's genital area.

9. Between the months of January and May 2015, johnnyd1885@yahoo.com and the_don_9927@yahoo.com communicated on a regular basis at a steady pace. In an email thread between these two users, they discuss "girls" and sexual activity at "the club." In many of these communications, the_don_9927@yahoo.com discusses two girls named "Ashley" and "Kinsley" and mentions their involvement with the unidentified club. Based on a review of the emails and my training and experience, I believe Ashley and Kinsley are minors. An email sent by the_don_9927@yahoo.com to johnnyd1885@yahoo.com on February 27, 2015 reads:

- We considered starting her over there this weekend but we've got it covered. I think Ashley could handle things there as well or better than most girls could. Right now we have 4 girls there who rotate. Normally we have 2 or 3 girls working. With one leaving, it's been harder to keep from asking any of them to work both Friday and Saturday nights. We try to also have one girl working weeknights and being shorthanded it's not been easy to do. I've all but made up my mind that Ashley is going to start over there and that will probably happen next weekend. If Kinsley started her period that's great news. She'll mature now and we can only hope get deeper as she matures. I'm not sure anybody over 5 inches has been able to go all the way in with her. She'll loosen up and I hope she'll get deeper. They normally change a lot after they get their period.

10. In another email thread between the_don_9927@yahoo.com and johnnyd1885@yahoo.com written in May 2015, the_don_9927@yahoo.com suggests that he and

someone named "Joe" are having sexual intercourse with Kinsley. Examples of two email messages sent by the_don_9927@yahoo.com to johnnyd1885@yahoo.com between May 10 and May 12, 2015 are set forth below:

- Kinsley might be one of the two or three tightest pussies I've ever had. Luckily she's not as shallow as she used to be and can take quite a bit more which helps out. I'm not sure I was amazing but she sure as hell was!!

- I had a great visit with Kinsley and like always she did what I told her or what Joe told her. She does love Joe and it seems all the girls love him. Oh sure if she starts at the parties she'll be able to see him but she'll just be seeing much more of me and our group of men than her normal bunch. She loves fucking me or Joe or just about any man now it seems. She'll do her first party Saturday.

11.  The state search warrant obtained in June 2015 compelled Yahoo! to identify any secondary accounts associated with johnnyd1885@yahoo.com and provide relative data. It was through this secondary account information that law enforcement was able to determine that LORING PROCTOR is the user of the johnnyd1885@yahoo.com account. Yahoo! identified account "seaguard1971@yahoo.com" as being a secondary account to the johnnyd1885@yahoo.com account, and provided email content for the seaguard account as well. In reviewing the information in the seaguard1971@yahoo.com account, it was determined that PROCTOR uses both accounts. It was also determined that PROCTOR resides at the Target Premises. After reviewing the emails within both accounts, I believe that PROCTOR is using the seaguard1971@yahoo.com account for personal and work purposes, and the johnnyd1885@yahoo.com account for activities related to child pornography and exploitation.

12.  A substantial number of the emails within the seaguard1971@yahoo.com account identify the user as PROCTOR. For example, on March 17, 2015, an email was sent to a property management company in which the user of seaguard1971@yahoo.com asked to have

their residence painted. The writer of the email using the seaguard1971@yahoo.com account identified himself as PROCTOR and said that he (PROCTOR) resided at the Target Premises. In another example, on April 20, 2015, seaguard1971@yahoo.com sent an email to a pool and spa company. In the email, which was written by PROCTOR, PROCTOR ordered a pool liner for the Target Premises. He also included his cellular telephone number of (207) 752-7152 in the message. A Google map search revealed that there is a pool in the backyard of the Target Premises.

13. PROCTOR also used his (207) 752-7152 telephone number to transfer child pornography images to himself at the johnnyd1885@yahoo.com account. The search warrant results from the June 2015 Yahoo! search warrant included child pornography images sent from a user known as "2077527152@vzwpix.com" to johnnyd1885@yahoo.com during the month of January 2015. These were Multi-Media Messages (MMS) sent from PROCTOR's telephone number - (207) 752-7152 - to johnnyd1885@yahoo.com. These messages contained images of prepubescent females exposing their genitalia, an adult male performing oral sex on a prepubescent female, prepubescent females exposing their genitalia, and an adult male inserting a finger into the anus of a prepubescent female.

14. In August 2015, law enforcement served an administrative subpoena on Verizon for cellular telephone number (207) 752-7152. The response from Verizon revealed that the subscriber was PROCTOR and that the cellular telephone was registered at 137 North Ketch Drive in Sunrise, Florida (hereinafter, the "Target Premises."). The cell phone was activated on December 12, 2004. Based on the Yahoo! search warrant results and the Verizon subpoena results, as well as my training and experience in working these types of investigations, I believed that PROCTOR was viewing child pornography images on his cellular phone when he was away

from this computer and then sending certain of these child pornography images to himself at his johnnyd1885@yahoo.com address for later viewing.

15. In addition, email correspondence to LORING PROCTOR from Cedar Rapids Steel Transport (CRST) was located within the seaguard1971@yahoo.com account. These emails concerned PROCTOR's employment with CRST, most notably his sign-on bonus from 2013. This employment information matches the information provided by the anonymous user in Cybertip #2357478 referred to in paragraph 7 above.

16. According to Yahoo! records, both the johnnyd1885@yahoo.com account and the seaguard1971@yahoo.com account accessed the internet from the same IP address.

17. In September 2015, law enforcement conducted surveillance at the Target Premises. A motorcycle with Florida license plate 3866KR was observed parked in the driveway. A query of the license plate revealed that it is registered to PROCTOR at the Target Premises

18. On December 18, 2015, law enforcement again conducted surveillance at the Target Premises. A white Toyota four door pick-up truck was parked in the driveway of the Target Premises. The truck was backed in preventing law enforcement from seeing the license plate number on the vehicle. However, a database check for vehicles registered at the Target Premises reveals that a white Toyota four door pickup truck is registered to LORING PROCTOR at the Target Premises. In viewing PROCTOR's Facebook page, law enforcement observed a photograph of a white Toyota pickup truck that appears to be the same truck that was seen parked in the driveway of the Target Premises. While conducting surveillance, law enforcement also observed a brown sign hanging next to the garage with L.P.'s last name written on it.

19. From a search of publicly available records on the Broward County Property Appraiser's website, it has been determined that PROCTOR is the registered owner of the Target Premises and has been since 2010.

20. On January 14, 2016, law enforcement officers executed a federal search warrant at the Target Premises. PROCTOR was not home when law enforcement arrived but was contacted by telephone and agreed to return to the premises. Upon arrival, PROCTOR agreed to speak with law enforcement. After waiving his Miranda warnings, PROCTOR admitted to being the person using the johnnyd1885@yahoo.com account and stated that he had been using that account since approximately 2011. PROCTOR admitted to distributing and receiving child pornography images depicting nude prepubescent female children engaged in sexually explicit conduct. PROCTOR confirmed that his personal cell phone number is 207-752-7152 and admitted to viewing child pornography using the internet browser on his cell phone and then emailing certain child pornography to himself from the phone to his johnnyd1885@yahoo.com account. According to PROCTOR, he primarily uses his personal cell phone and a black ASUS laptop computer located within the loft area of the Target Premises. PROCTOR's wife and 17 year old daughter were asked about the ASUS computer and both said that computer was used by PROCTOR. Law enforcement located the ASUS computer in the loft area of the Target Premises. The loft contained many items that appeared to belong to PROCTOR, including mail addressed to PROCTOR and bills and invoices in PROCTOR's name. PROCTOR also admitted to using Skype to send and receive child pornography files.

21. A preliminary search of the ASUS laptop computer revealed evidence of the johnndy1885@yahoo.com account being used on the device. In addition, several images depicting naked prepubescent female children exposing their genitals were also located on the

computer. PROCTOR's cell phone with the 207-752-7152 number was located in PROCTOR's vehicle, and PROCTOR provided law enforcement with consent to seize and search the phone.

## CONCLUSION

22.  Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Loring E. PROCTOR, Jr. did knowingly distribute child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Matthew J. Fowler, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 14th day of January, 2016.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 16-6013-PMH

### BOND RECOMMENDATION

DEFENDANT: LORING E. PROCTOR, JR.

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: COREY STEINBERG

Last Known Address: _____

What Facility: _____

Agent(s): SA Matthew Fowler, FBI
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)