UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60013-CR-COHN

18 U.S.C. §§ 2252(a)(2) & (a)(4)(B)

UNITED STATES OF AMERICA

v.

**LORING PROCTOR, JR.,**

  Defendant.
_____/

FILED by DB D.C.

JAN 21 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Between on or about January 1, 2015, and continuing until on or about June 30, 2015, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**LORING PROCTOR, JR.,**

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT 2

Between on or about January 1, 2015, and continuing until on or about June 30, 2015, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**LORING PROCTOR, JR.,**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 3

On or about January 14, 2016, in Broward County, in the Southern District of Florida, the defendant,

**LORING PROCTOR, JR.,**

did knowingly possess matter, that is, one (1) HP laptop computer, bearing serial number FQC-04649, one (1) ASUS laptop computer, bearing serial number EBN0CX59601547D, and one (1) Verizon Galaxy S2 cell phone, assigned telephone number 207-752-7152, that contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that this violation involved a visual depiction of a prepubescent minor or a minor who had not attained twelve (12) years of age.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **LORING PROCTOR, JR.**, has an interest pursuant to the provisions of Title 18, United States Code, Section 2253 and the procedures set forth at Title 21, United States Code, Section 853.

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant, **LORING PROCTOR, JR.**, shall forfeit to the United States: (a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received, pursuant to Title 18, United States Code, Section 2253(a)(1); (b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation, pursuant to Title 18, United States Code, Section 2253(a)(2); and (c) any property, real or personal, which the defendant used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253(a)(3). The property includes, but is not limited to, one (1) HP laptop computer, bearing serial number FQC-04649; one (1) ASUS laptop computer, bearing serial number EBN0CX59601547D; and one (1) Verizon Galaxy S2 cell phone, assigned telephone number 207-752-7152.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
COREY STEINBERG
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.
                                  **CERTIFICATE OF TRIAL ATTORNEY***
LORING PROCTOR, JR.,

_____**Defendant. /**    **Superseding Case Information:**

**Court Division**: (Select One)         New Defendant(s)          ____
                                         Number of New Defendants  ____
   Miami ____   Key West ____            Total number of counts    ____
   FTL   _X_   WPB ____   FTP ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    _No_
   List language and/or dialect   _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                       (Check only one)

   I     0 to 5 days       _X_            Petty     ____
   II    6 to 10 days      ____           Minor     ____
   III   11 to 20 days     ____           Misdem.   ____
   IV    21 to 60 days     ____           Felony    _X_
   V     61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____        Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?
   If yes:  Magistrate Case No.    (Yes or No)    Yes
   Related Miscellaneous numbers:  16-mj-06013-PMH
   Defendant(s) in federal custody as of   01-14-2016
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No) ____Yes   _X_ No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?_____ Yes     No  _X_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes     No  _X_

                                   _____
                                   COREY STEINBERG
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Florida Bar No. Court 0563234

*Penalty Sheet(s) attached                              REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LORING PROCTOR, JR.

**Case No:**

Count 1:

Distribution of Child Pornography
Title 18, United States Code, Section 2252(a)(2)

*__Max. Penalty:__   Maximum 20 years with a mandatory minimum term of 5 years, $250,000 fine, 5 years up to life supervised release, $5000 special assessment

Count 2:

Receipt of Child Pornography
Title 18, United States Code, Section 2252(a)(2)

*__Max. Penalty:__   Maximum 20 years with a mandatory minimum term of 5 years, $250,000 fine, 5 years up to life supervised release, $5000 special assessment

Count 3:

Possession of/Access with Intent to View Child Pornography
Title 18, United States Code, Section 2252(a)(4)(B)

*__Max. Penalty:__   Maximum 20 years, $250,000 fine, 5 years up to life supervised release, $5000 special assessment

*Refers only to possible term of incarceration, does not include possible restitution, parole terms, or forfeitures that may be applicable

1