DISTRICT OF FLORIDA

CASE NO. 16-60013-CR-COHN

JUDGE JAMES I COHN

UNITED STATES OF AMERICA

VS.

LORING PROCTOR JR

CHANGE OF PLEA

On 4-20-16 the above named defendant appeared in person before the Honorable JAMES I COHN, United States District Judge, with Robert Berube counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) 3 of the (Indictment)/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)
(O) The Court postponed sentencing until 7-15-16 @ 9:00 Am
(O) The defendant being allowed to remain on bond until sentencing.
( ) The defendant being remanded to the custody of the U. S. Marshal Service until a _____ is approved and bond in the amount of $ _____ posted.
( ) The defendant being remanded to the custody of the U. S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge: JAMES I COHN
Reporter: Karl Shires
Courtroom Deputy: VALERIE THOMPKINS