UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  16-60013-CR-COHN

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LORING E. PROCTOR, JR.,

       Defendant.
_____/

**ORDER**

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Modify Conditions of Bond, and the Court having reviewed the record and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion to Modify Conditions of Bond is hereby Granted.  The defendant shall be allowed to attend his daughter's graduation festivities from twelve noon to nine o'clock in the evening on June 4, 2014.

DONE AND ORDERED at Fort Lauderdale, Florida this ____ day of April 2016.

_____
HONORABLE JAMES I. COHN
United States District Court Judge

cc:   Robert N. Berube, SAFPD
       Corey Steinberg, AUSA